**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 22-49-DLB**

**JACK FERRANTI**                                                                  **PETITIONER**

**VS.**                        **<u>MEMORANDUM ORDER</u>**

**WARDEN H. ALLEN BEARD**                            **RESPONDENT**

*** *** *** ***

Jack Ferranti is an inmate at the Federal Correctional Institution in Ashland, Kentucky. Proceeding without a lawyer, Ferranti filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which he claims that the Federal Bureau of Prisons (BOP) improperly refused to allow him to serve the remainder of his sentence in home detention as part of the Elderly Offender Home Detention Program. (Doc. # 1). The Respondent then filed a response in opposition to Ferranti's petition (Doc # 8), and Ferranti filed a reply brief (Doc. # 10). Thus, this matter is ripe for a decision from this Court.

Having fully reviewed the parties' submissions, the Court denies Ferranti's request for habeas relief for multiple reasons. For starters, this Court has repeatedly made it clear that the Attorney General has the discretion to determine if and when home confinement is appropriate, and, as a result, this Court simply does not have the authority to grant the relief requested. *See United States v. Curry*, No. 6:06-cr-082-DCR, 2019 WL 508067, at *1 (E.D. Ky. Feb. 8, 2019); *United States v. Guzman*, No. 5:16-cr-041-JMH-EBA, 2019 WL 3892416, at *3 (E.D. Ky. Aug. 19, 2019). Similarly, this Court has also noted that "[t]he BOP's placement decisions, including determinations regarding home confinement, are expressly insulated from judicial review, as the provisions of the Administrative

Procedures Act . . . do not apply to such decisions." *Dudley v. Beard*, No. 0:21-cv-046-WOB, 2021 WL 2533030, at *4 (E.D. Ky. June 21, 2021). And, finally, even if this Court could review the placement decision at issue, the Respondent has sufficiently demonstrated that the BOP thoroughly reviewed Ferranti's case and concluded that placement in home confinement was simply not appropriate. (*See* Doc. # 8 at 6-10). Ultimately, the Court detects no error in that review, let alone the kind of error that would justify habeas relief, if such relief was even possible.

Accordingly, it is **ORDERED** that:

(1)     Ferranti's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. #1) is **DENIED**;

(2)     This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3)     The Court will enter a corresponding Judgment.

This 13th day of October, 2022.



Signed By:
David L. Bunning
United States District Judge

L:\DATA\ORDERS\PSO Orders\0-22-49-Memorandum.docx